**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

**Beatriz Larger Rivas**

Case No.: **17-10156-AJC**
Chapter 13

Debtor,
______________________/

**EX PARTE MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S SUMMARY OF SCHEDULES, SCHEDULES A-J AND STATEMENT OF FINANCIAL AFFAIRS, PAYMENT ADVICES, STATEMENT OF CURRENT MONTHLY INCOME, AND MEANS TEST CALCULATION**

Debtor, **Beatriz Larger Rivas,** by and through his undersigned Counsel and pursuant to The Federal Rules of Bankruptcy Procedure 1007 and Rule 1007-1(C) and 9013-1 (C) of the Rule of Bankruptcy Procedure granting the Debtor's additional time through and including February to file its Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Payment Advices, and Statement of Current Monthly Income and Means test Calculation:

1. A voluntary petition under chapter 13 was filed on February 3, 2017.
2. Pursuant to the Bankruptcy Rule 1007(C), the deadline for the Debtor to file the Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Payment Advices, and Statement of Current Monthly Income and Means test Calculation was due on January 20th, 2017.
3. The creditor's 341 have not been scheduled yet.

**RELIEF REQUESTED**

1. The Debtor is working diligently to collect and process the required in formation to accurately prepare Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Payment Advices and Statement of Current Monthly Income and Means test Calculation. However, due to the quality of information to be compiled, reviewed and processed, the Debtor respectfully requests an additional 14-day extension of time to prepare and file the Summary of Schedules, Schedules A-J, Statement of Financial

affairs, Payment Advices, and Statement of Current Monthly Income And Means test Calculation.

2. Pursuant to the Bankruptcy Rule 1007 and Local Rule 1007-1(C) and 9013-1(C)(2). A debtor may submit a Motion for additional time to file the Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Payment Advices, and Statement of Current Monthly Income And Means test Calculation provided that the requested extension is not later than seven business days before the 341 Meeting.

3. In the instant case, the requested extension of time is before the 341 meeting and will afford interested parties ample time to review the Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Payment Advices, and Statement of Current Monthly Income and Means test Calculation. Accordingly, the Debtor submits that the relief requested herein will not prejudice any interested party.

**WHEREFORE**, Debtor prays that this court issue an order (the form of which is submitted herewith and has been served) (i) granting the Motion and (ii) extending the time for the Debtor to file Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Payment Advices, and Statement of Current Monthly Income And Means test Calculation through and including February 3, 2017; and (iii) such order or further relief as the Court deems proper.

Respectfully submitted,

MENDEZ LAW OFFICES, PLLC
Attorneys for Defendants
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1.305.804.8474
Email: diego.mendez@mbdlawgroup.com
By: _______________s/_____________________
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###